IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2012 AUG 13 P 3: 28
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

DANA LIMITED

*Plaintiff,*

v.

DAVID KAPPOS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and

UNITED STATES PATENT AND TRADEMARK OFFICE

*Defendants.*

Case No.: 1:12cv887-LMB-TCB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through its undersigned counsel, hereby withdraws and dismisses without prejudice the above-referenced matter.

Dated: August 13, 2012

Respectfully submitted,

/s/ Michael H. Jacobs

Michael H. Jacobs VSB #41006
Michael J. Songer (*pro hac vice* forthcoming)
Christopher P. Calsyn (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: mjacobs@crowell.com
       msonger@crowell.com
       ccalsyn@crowell.com

*Counsel for Plaintiff Dana Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2012, a true and correct copy of the foregoing pleading or paper was served by agreement via electronic mail on the following:

> Dennis Barghaan
> Assistant United States Attorney for the Eastern District of Virginia
> Justin W. Williams United States Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Email: Dennis.Barghaan@usdoj.gov
>
> *Counsel for Defendants David Kappos and the U.S. Patent and Trademark Office*

I further certify that on this 13th day of August 2012, a courtesy copy of the foregoing pleading or paper was served by both electronic mail on the following:

> Robert P. DeMarco
> Joseph J. Triscaro
> DeMarco & Triscaro, Ltd.
> 30505 Bainbridge Road, Suite 225
> Solon, Ohio 44139
> Telephone: (440) 248-8811
> Facsimile: (440) 248-1599
> Email:   rpdatty@sbcglobal.net
>             jtriscaro@demarcotriscaro.com
>
> *Counsel for Boris Yablochnikov*

/s/ Michael H. Jacobs
Michael H. Jacobs

*Counsel for Plaintiff Dana Limited*