**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| DANA LIMITED<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID KAPPOS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE<br><br>*Defendants*. | Case No.:  1:12cv887-LMB-TCB |

## PLAINTIFF'S RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Dana Limited in the above captioned case certifies Dana Limited is a wholly owned subsidiary of Dana Holding Corporation.  Dana Holding Corporation is the only parent, trust, subsidiary, and/or affiliate of Dana Limited that has issued shares or debt securities to the public.

Dated:  August 14, 2012                     Respectfully submitted,

/s/ Michael H. Jacobs
Michael H. Jacobs VSB #41006
Michael J. Songer (*pro hac vice* pending)
Christopher P. Calsyn (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email:  mjacobs@crowell.com
            msonger@crowell.com
            ccalsyn@crowell.com

*Counsel for Plaintiff Dana Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2012, a true and correct copy of the foregoing pleading or paper was served by Process Server on the following:

> Bernard Knight, Jr.
> Office of the General Counsel
> United States Patent and Trademark Office
> 600 Dulaney Street
> Madison Building East
> Alexandria, VA 22313

> and

> Eric H. Holder, Jr.
> Attorney General of the United States
> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

> and

> Neil H. MacBride
> United States Attorney for the Eastern District of Virginia
> Justin W. Williams United States Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314

> Collectively *Counsel for Defendants David Kappos and the U.S. Patent and Trademark Office*

> and

I further certify that on the 9th day of August 2012, a courtesy copy of the foregoing pleading or paper was served by both electronic mail, and by first-class, U.S. mail, postage prepaid on the following:

>Robert P. DeMarco
>Joseph J. Triscaro
>DeMarco & Triscaro, Ltd.
>30505 Bainbridge Road, Suite 225
>Solon, Ohio 44139
>Telephone: (440) 248-8811
>Facsimile: (440) 248-1599
>Email:   rpdatty@sbcglobal.net
>         jtriscaro@demarcotriscaro.com
>
>*Counsel for Boris Yablochnikov*

/s/ Michael H. Jacobs
Michael H. Jacobs

*Counsel for Plaintiff Dana Limited*